# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **YEMAYA JONES as next of friend to** | : | **CIVIL ACTION** |
| **INDIGO JONES and SHANDANI JONES** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FORD MOTOR CORPORATION** | : | **NO. 2002/65** |

## O R D E R

**AND NOW**, this 30th day of January, 2008, upon consideration of the Motion *in Limine* to Exclude Expert Opinion Testimony of Susan McKenzie (Document No. 163), the defendant's response and the submissions of the parties, it is hereby;

**ORDERED** that the motion is **DENIED**[1].

                                                                                          /Timothy J. Savage
                                                                                         TIMOTHY J. SAVAGE, J.

---

[1] The parties advise that a *Daubert* hearing is not necessary.